# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2657 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 104 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 94715 |
| | : | |
| STEPHANIE JULIA BROWN, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Stephanie Julia Brown is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. She shall comply with all the provision of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).